## M'FADIN *v.* GILL, in Error.

Case 1.
1b 309
141 572

A JUDGMENT of a justice of the peace was certified, under the statute of 1823, to the Circuit Court; and, upon a scire facias, there was a judgment awarding execution against the real estate of the defendant: *Held*, that to such a judgment of the Circuit Court a writ of error lies.

*Tuesday,*
*November 9.*

Justices of the peace, by a statute of 1823, had a general jurisdiction to the amount of 50 dollars; and they could take judgments by confession for any amount not exceeding 100 dollars, provided the defendant made oath that the judgment was not confessed to defraud creditors: *Held*, that the justice's record of a judgment confessed, exceeding 50 dollars, must show the oath to have been taken, or he will be considered as having had no jurisdiction (1).

(1) The general jurisdiction of justices of the peace, in debt and assumpsit, is now extended to 100 dollars. Stat. 1826, p. 30.